667 A.2d 1123

**Hulbert RUSSELL**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (Cooper BESSEMER).**

**Appeal of Cooper BESSEMER.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1995.

Decided Dec. 19, 1995.

Carl J. Smith, Jr., for Cooper Bessemer.

Barbara E. Holmes, Samuel S. Blaufeld, Pamela M. Schiller, for H. Russell.

Norman R. Haigh, Secretary, for W.C.A.B.

384

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, Justice, participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).